Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 —
Scan Only —

Dupl. on 8:02 CV-1171

LODGED AUG 12 2004 CLERK, U S DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA DEPUTY

FILED AUG 16 2004 CLERK U S DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA SOUTHERN DIVISION AT SANTA ANA DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ICN PHARMACEUTICALS, INC SECURITIES LITIGATION,<br><br>THIS DOCUMENT RELATES TO ALL ACTIONS CONSOLIDATED UNDER THIS CASE NUMBER | Case No SACV 02-701 DOC (ANx)<br><br>[~~PROPOSED~~] FINAL JUDGMENT<br><br>SACV 02-1171-DOC ✓ |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

On June 24, 2004, the Court entered an Order dismissing with prejudice all but one count of Lead Plaintiff's Second Amended Consolidated Class Action Complaint ("SAC")

On August 2, 2004, the Court entered into its record the attached Stipulation Concerning Entry of Final Judgment and Order of Dismissal with Prejudice

///
///
///

ENTERED
CLERK U S DISTRICT COURT
AUG 17 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d)

[PROPOSED] FINAL JUDGMENT
Case No SACV 02-701 DOC (ANx)

16

IT IS SO ORDERED AND ADJUDGED that this action is dismissed with prejudice and judgment is hereby entered in favor of Defendants ICN Pharmaceuticals, Inc, Richard Meier, John Giordani, Bill MacDonald, and Milan Panic

DATED 16th day of August, 2004

DAVID O CARTER

_____
Honorable David O Carter
United States District Judge

Submitted by

August 11, 2004

GREEN & JIGARJIAN LLP

By _____
Robert S Green
*Liaison Counsel for Lead Plaintiff*

Approved

August 11, 2004

SKADDEN ARPS SLATE MEAGHER
 & FLOM, LLP

By _____
Eric S Waxman
Carl Alan Roth
*Attorneys for Defendants*
*ICN Pharmaceuticals, Inc,*
*Richard A Meier, John Giordani, and Bill MacDonald*

2

August 10, 2004

O'DONNELL & SHAEFFER LLP

By _____
Pierce O'Donnell
Ann Marie Mortimer
C. Kendie Schlecht
*Attorneys for Defendant Milan Panic*

# CERTIFICATE OF SERVICE

I, Patti Pomerantz, hereby declare as follows

I am employed by Green & Jigarjian, A Limited Liability Partnership, 235 Pine Street, 15th Floor, San Francisco, California 94104  I am over the age of eighteen years and am not a party to this action  On August 11, 2004, I served the within document(s)

## [PROPOSED] FINAL JUDGMENT

by placing the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at San Francisco, California addressed as set forth below

## SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, executed August 11, 2004, at San Francisco, California

_____
Patti Pomerantz

4

In re ICN Pharmaceuticals, Inc. Securities Litigation,
Case No. CV-02-0701-DOC (Anx)

## SERVICE LIST

*Counsel for Defendants*

Eric S Waxman
Carl Alan Roth
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
300 South Grand Ave, Suite 3400
Los Angeles, CA 90071

Thad A Davis
**QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017

Pierce O'Donnell
Ann Marie Mortimer
C Kendie Schlecht
**O'DONNELL & SHAEFFER LLP**
550 S Hope Street, Suite 2000
Los Angeles, CA 90071

*Counsel for Plaintiffs*

Stuart L Berman
Christopher L Nelson
**SCHIFFRIN & BARROWAY, LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004